EQUITABLE ADJUSTERS v. FARMERS MUTUAL FIRE INSURANCE COMPANY OF SALEM COUNTY.

July 7, 1981.

Cross-petition for certification denied.

CONTAINER RING CO., INC.

v.

DIRECTOR, DIVISION OF TAXATION.

July 7, 1981.

Petition for certification denied.

BETH ISRAEL CEMETERY ASSOCIATION OF WOODBRIDGE v. TOWNSHIP OF WOODBRIDGE.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD WEISNECK.

July 7, 1981.

Petition for certification denied.